1  STEVEN G. KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  55 South Market Street
   Suite 820
4  San Jose, CA 95113
   Telephone:  (408) 291-7753
5
   Counsel for Defendant FEATHERS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | No. CR-14-00531 RMW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS HEARING AND [] ORDER |
| vs. | ) ) | |
| MARK FEATHERS, | ) ) ) | Honorable Ronald M. Whyte Current Date: June 29, 2015, at 9:00 a.m. Proposed Date: July 27, 2015, at 9:00 a.m. |
| Defendant. | ) ) | |

16    Defendant Mark Feathers and the government hereby stipulate and agree that the status

17 hearing currently scheduled for June 29, 2015, may be continued to July 27, 2015, at 9:00 a.m.

18    The reasons for the requested continuance are that undersigned defense counsel has just

19 made an appearance in the case and needs time to review the file for effective preparation of

20 counsel.  In addition, defense counsel has a scheduling conflict and is not available on June 29.

21    Accordingly, the parties stipulate that the time through and including July 27, 2015, may

22 be excluded from the time within which trial shall commence as the reasonable time

23 ///

24 ///

25

26

Stipulation to Continue Status Hearing and
 Order
CR-14-00531 RMW                                1

necessary for the effective preparation and continuity of counsel pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: June 23, 2015

                         s/_____
                           TIMOTHY LUCEY
                           Assistant United States Attorney

Dated: June 23, 2015

                         s/_____
                         RITA BOSWORTH
                         Assistant Federal Public Defender

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for June 29, 2015, shall be continued to July 27, 2015, at 9:00 a.m.

It is further ordered that the time from June 29, 2015, through and including July 27, 2015, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

It is so Ordered.

Dated: June ___, 2015

_____
HON. RONALD M. WHYTE
United States District Judge

Stipulation to Continue Status Hearing and Order
CR-14-00531 RMW                      2