UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. MARK FEATHERS
5:14-CR-00531-LHK

**Court Proceedings:** Status Conference, Wednesday, May 24, 2017
**Location/Time in Court**: Courtroom 8, 9:33 - 9:47 a.m. (14 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Timothy Lucey for the United States of America
**Representing Defendant:** Attorney Eugene Illovsky for Mark Feathers

Defendant was present and in custody. Parties provided the Court with a case update.

The Court **SET** the following schedule:

| Scheduled Event | Date |
| --- | --- |
| Motion(s) attacking Indictment  *Defendant shall file his motion or a statement acknowledging no motion will be filed and to vacate August 2, 2017 hearing. | Due: **Wednesday, June 28, 2017*** Opposition: **Friday, July 14, 2017** Reply: **Friday, July 21, 2017** Hearing: **Wednesday August, 2, 2017 at 9:15 a.m.** |

All other trial dates and deadlines remain as set.

The Court **GRANTED** the Defendant's motion for a continuance. Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from May 24, 2017 through and including June 7, 2017. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

The Court **SET** a **Status Conference for Wednesday, June 7, 2017 at 9:15 a.m.**

Court adjourned.