UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. MARK FEATHERS
5:14-CR-00531-LHK

**Court Proceedings:** Status Conference, Wednesday, June 7, 2017
**Location/Time in Court**: Courtroom 8, 9:39-9:48 a.m. (9 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Irene Rodriguez
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Timothy Lucey for the United States of America
**Representing Defendant:** Attorney Eugene Illovsky for Mark Feathers

Defendant was present and in custody.  Parties provided the Court with a case update.

The Court **GRANTED** the parties' motion for a continuance.  Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from June 7, 2017 through and including August 2, 2017.  For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

Court adjourned.