UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. MARK FEATHERS
5:14-CR-00531-LHK

**Court Proceedings:** Status Conference, Wednesday, December 6, 2017
**Location/Time in Court**: Courtroom 8, 9:40 - 9:47 a.m. (7 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Plaintiff's Counsel:** Timothy Lucey
**Defense Counsel:** Eugene Illovsky

Defendant was present and in custody.  Parties provided the Court with a case update.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Motions *in Limine* | Due: Monday, December 18, 2017<br>Opposition: Wednesday, December 20, 2017<br>No replies permitted |
| Joint preliminary and final jury instructions, verdict form, voir dire, witness list, exhibit lists, and trial memo | Due: Wednesday, December 18, 2017 |
| Pretrial Conference (remains as previously set) | Wednesday, January 3, 2018 at 9:15 a.m. |

The Court **SET** a **Change of Plea** for **Wednesday, December 20, 2017 at 9:15 a.m.**

The Court previously excluded time.

Court adjourned.